COURT OF APPEALS
STATE OF WASHINGTON

2016 APR 18 AM 10: 5o

# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON,     )
                             )    No. 74247-7-I
        Respondent,     )
                             )    DIVISION ONE
      v.                        )
                             )
C.M.,                         )    UNPUBLISHED OPINION
                             )
        Appellant.       )    FILED:     APR 18 2016

PER CURIAM. C.M. appeals the manifest injustice disposition imposed following the juvenile court's adjudication of guilt for residential burglary. He contends, and the State concedes, that the juvenile court erred in failing to consult C.M.'s father at the dispositional hearing and in failing to set forth the portions of the record it relied on for a manifest injustice disposition. JuCR 7.12(e); RCW 13.40.150(d). We accept the concession of error and remand for a new disposition hearing.

Remanded.

For the court:

